Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| James Quattrucci | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)*  ✔ Yes  ☐ No |
| -v- | ) | |
| Massachusetts General Hospital, Peter Slavin M.D., Jeff Davis, Isaac Schiff M.D., Jonathan Tilly Ph.D., Dori Woods Ph.D., Caryn Wilson, Bo Rueda, Ph.D., OVAScience | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | James Quattrucci |
  | Street Address | 22 Jenkins Pl |
  | City and County | Scituate, Plymouth County |
  | State and Zip Code | Massaschsetts 02066 |
  | Telephone Number | 508-525-7733 |
  | E-mail Address | jimquat@yahoo.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Massachusetts General Hosptial |
| Job or Title *(if known)* | |
| Street Address | 55 Fruit St |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massachusetts 02114 |
| Telephone Number | 617-726-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Peter Slavin, M.D. |
| Job or Title *(if known)* | President of MGH |
| Street Address | 55 Fruit St |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massachusetts |
| Telephone Number | 617-726-2000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jeff Davis |
| Job or Title *(if known)* | Senior Vice President Human Resources MGH |
| Street Address | 55 Fruit St |
| City and County | Boston, Suffolk County |
| State and Zip Code | Ma 20114 |
| Telephone Number | 617-726-2000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Isaac Schiff, M.D. |
| Job or Title *(if known)* | Chief of OBGYN, MGH |
| Street Address | 55 Fruit |
| City and County | Boston, Suffolk County |
| State and Zip Code | Ma 02114 |
| Telephone Number | 617-726-2000 |
| E-mail Address *(if known)* | |

**The defendants** cont.

Defendant No. 5

| | |
|---|---|
| Name | Jonathan Tilly, Ph.D. |
| Job or title | Director or OBGYN Research |
| Street Address | |
| City and County | Windham |
| State and Zip Code | New Hampshire |
| Telephone Number | |
| Email Address | |

Defendant No. 6

| | |
|---|---|
| Name | Dori Woods, Ph.D. |
| Job or title | Research Associate for Jonathan Tilly |
| Street Address | |
| City and County | Windham |
| State and Zip Code | New Hampshire |
| Telephone Number | |
| Email Address | |

Defendant No. 7

| | |
|---|---|
| Name | Caryn Wilson |
| Job or title | Executive Director, MGH OBGYN |
| Street Address | 55 Fruit St |
| City and County | Boston, Suffolk |
| State and Zip Code | Massachusetts |
| Telephone Number | 617-726-2000 |
| Email Address | |

**The defendants** cont.

Defendant No. 8

| | |
|---|---|
| Name | Bo Rueda, Ph.D. |
| Job or title | Assistant Director, MGH OBGYN Research |
| Street Address | 55 Fruit |
| City and County | Boston |
| State and Zip Code | Massachusetts |
| Telephone Number | 617-726-2000 |
| Email Address | |

Defendant No. 9

| | |
|---|---|
| Name | OVAScience |
| Job or title | For Profit Biotech company |
| Street Address | 9 4th Ave |
| City and County | Waltham, Suffolk County |
| State and Zip Code | Massachusetts, 02451 |
| Telephone Number | 617-500-2802 |
| Email Address | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Sexual Harassment, Hostile Work environment, Wrongful Termination/Constructive Discharge, Aiding and Abetting Sexual Harassment, Retaliation

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* James Quattrucci, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Jonathan Tilly Ph.D., is a citizen of the State of *(name)* New Hampshire. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

  b.  If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under

    the laws of the State of *(name)* _____ , and has its

    principal place of business in the State of *(name)* _____ .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3.  The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
$474,095 Back Wages (5 Years, 3% annaul increase adjusted), $584,509 Forward Wages (5Years 3% annual increase adj), Compensatory and punitive damages $300,000. Emotional damages - $50,000. Out of pocket costs - $6,921. Total - $1,376,201

Such othe relief that the court deems just.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
See Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
5 years back wages at 2012 salary of $86,000 annual with 3% annual increase. 5% raise in year 3 = $474,095
5 Years forward salary of adjusted previous annual salary with 3% annual increase. 5% raise in years 6 and 9 = $545,185
Max compensatory and punitive damages for institution size = $300,000
Emotional Damages - $50,000
Legal prep, other related out of pockey expenses = $6,921
Total Relief requested = $1,376,201

Such other relief the court deems just.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/05/2017

Signature of Plaintiff

Printed Name of Plaintiff   James Quattrucci

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address